**Dianna L. STITH, Respondent,**

v.

**Jeffrey L. STITH, Appellant.**

**No. WD 49251.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1994.

Allan D. Seidel, Miller, Seidel and Havens, Trenton, for appellant.

Clifford A. Falzone, Moberly, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

**ORDER**

PER CURIAM:

Appeal from property division portions of dissolution of marriage decree.

The decree is affirmed. Rule 84.16(b).

■

**Charles and Diana JOHNSTON, Respondents,**

v.

**Margaret SCARBROUGH, Appellant.**

**No. WD 49180.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1994.

Joseph Roper, Kansas City, for appellant.

James R. Hall, Oak Grove, for respondents.

Before HANNA, P.J., and BRECKENRIDGE and SMART, JJ.

**ORDER**

PER CURIAM.

The defendant, Margaret Scarbrough, appeals following a verdict and judgment in favor of plaintiffs, Charles and Diana Johnston. Defendant complains that the court erred in failing to grant a mistrial after the investigating officer injected insurance into the case when he testified to insurance papers he located in the defendant's vehicle. The defendant further claims the trial court erroneously instructed the jury.

Judgment affirmed. Rule 84.16(b).